**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



## ORDER

Appellate case name:          Rodney Gowans v. The State of Texas

Appellate case number:     01-19-00902-CR

Trial court case number:    13300

Trial court:                         12th District Court of Grimes County

Appellee, the State of Texas, has filed a motion to strike appellant's brief, asserting that because appellant's conviction was affirmed[1] by this Court in 1999, appellant is not entitled to "an additional appeal" in this cause.

Appellant's appeal stems from the trial court's denial on October 28, 2019 of his motion for DNA testing. Appellant timely filed his notice of appeal of the trial court's ruling. Requests for post-conviction DNA testing may be challenged on appeal. TEX. CODE CRIM. PRO. art. 64.05*; Caddie v. State*, 176 S.W.3d 286, 289 (Tex. App.—Houston [1st Dist.] 2004, pet. ref'd). Accordingly, appellee's motion is **denied**.

It is so ORDERED.

Judge's signature: _____/s/ Russell Lloyd_____
                                   Acting individually

Date:  March 5, 2020

---

[1]  *Gowans v. State*, 995 S.W.2d 787 (Tex. App.—Houston [1st Dist.] 1999, pet. ref'd).